ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2021 MAY -4 PM 2:28
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

PAUL HENRY MAYBERRY

NO. 3-21CR0207-B

**INDICTMENT**

The Grand Jury charges:

Count One
Attempt to Aid and Abet Sex Trafficking
(Violation of 18 U.S.C. §§ 1594(a), 1591(a) & (b)(1), and 2)

Beginning on or about April 12, 2021, and continuing through on or about April 20, 2021, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Paul Henry Mayberry**, in and affecting interstate commerce, did knowingly and intentionally attempt to aid and abet another to recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means a person, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause a person to engage in a commercial sex act.

In violation of 18 U.S.C. §§ 1594(a), 1591(a) & (b)(1), and 2.

<u>Forfeiture Notice</u>
(18 U.S.C. §§ 1594(d) & 2428)

Upon conviction for the offense alleged in Count One of the indictment, and pursuant to 18 U.S.C. § 1594(d), the defendant, **Paul Henry Mayberry**, shall forfeit to the United States (1) any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and (2) any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, and any property traceable to such property.

[NO FURTHER INFORMATION ON THIS PAGE]

A TRUE BILL:

FOREPERSON

PRERAK SHAH
Acting United States Attorney

ROBERT K. NICHOLS, III
Assistant United States Attorney
Alabama Bar No. 3313T64N
1100 Commerce Street, Third Floor
Dallas, Texas 5242
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Robert.Nichols2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

PAUL HENRY MAYBERRY

---

INDICTMENT

18 U.S.C. §§ 1594(a), 1591(a) & (b)(1), and 2
Attempt to Aid and Abet Sex Trafficking
(Count 1)

18 U.S.C. §§ 1594(d) & 2428
Forfeiture Notice

1 Count

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 4 day of May, 2021.

**Defendant in Federal Custody since 4/22/2021.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:21-MJ-370-BK