IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:21-CR-00207-B |
| v. | (Supersedes Indictment filed on May 4, 2021) |
| PAUL HENRY MAYBERRY | |

### SUPERSEDING INFORMATION

The United States Attorney charges:

Count One
Attempted Kidnapping
(Violation of 18 U.S.C. § 1201(a)(1) and (d))

Beginning on or about April 12, 2021, and continuing through on or about April 20, 2021, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Paul Henry Mayberry**, did unlawfully and willfully attempt to seize, confine, decoy, kidnap, abduct, and carry away and hold for ransom or reward or otherwise a person, namely, Adult Victim 1, and did use any means, facility, and instrumentality of interstate or foreign commerce, to wit: a cellular telephone, in committing and in furtherance of the commission of the offense.

In violation of 18 U.S.C. § 1201(a)(1) and (d).

CHAD E. MEACHAM
United States Attorney

*/s/ Robert K. Nichols, III*
ROBERT K. NICHOLS, III
Assistant United States Attorney
Alabama Bar No. 3313T64N
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Robert.Nichols2@usdoj.gov